UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IVING L. JONES, Jr., | : | Case No. 1:12CV568 |
| Plaintiff, | : | Judge Beckwith |
| vs. | : | |
| B&B FRANCHISING LLC, BLAKE SEYLHOUWER, BASEBALL PARK MANAGEMENT COMPANY LLC and KERMIT SMITH | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Iving Jones and Defendants B&B Franchising LLC, Blake Seylhouwer, Baseball Park Management Company LLC, and Kermit Smith, by their undersigned counsel, hereby stipulate that the above action has settled, and with approval of the court, shall be dismissed with prejudice. The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement. Each party shall pay its own court costs and attorneys' fees.

/s/Terence R. Brennan             .
Terence R. Brennan (0083423)
THE BRENNAN LAW OFFICE
810 Sycamore Street, 2nd Floor
Cincinnati, Ohio 45202
Telephone: (513) 381-1172
Facsimile: (513) 263-9081
Email: terence@tbrennanlaw.com

*Attorney for Plaintiff,*
*Iving L. Jones, Jr.*

/s/Michael S. Glassman
Michael S. Glassman (0012713)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8255
Facsimile: (513) 977-8141
Email: michael.glassman@dinslaw.com

*Attorney for Defendant,*
*Baseball Park Management Company LLC*

/s/Patrick Nesbitt
Patrick Nesbitt (0033251)
8050 Beckett Center Dr, Suite 113
West Chester, Ohio 45202
Telephone:  (513) 755-2600
Facsimile:  (513) 977-8141
Email:  pnesbitt@one.net

*Attorney for Defendants,*
*Defendants B&B Franchising LLC and*
*Blake Seylhouwer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all CM/ECF participants; and I hereby certify that I have mailed by United States Postal Service the following document to the following non CM/ECF participant:

Kermit Smith
(aka Kermit R. Smith II)
1532 Ruth Avenue
Cincinnati, Ohio 45207

/s/Michael S. Glassman

2320724v1